# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1100
_____

GAYLON HUBBERT,

Appellant,

v.

UNIVERSAL PROPERTY AND
CASUALTY INSURANCE COMPANY,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

August 9, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


John E. Booth of Walborsky, Bradley, Fleming, PLLC, Pensacola, for Appellant.

Paulo R. Lima and Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami, for Appellee.